UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
AUG 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MMC

# E-filing

Dear Sir or Madam:

Your action has been filed as a civil case number   CV 08   4125   (PR).

It appears that you have not attached a complaint or petition to your other pleadings.

**If you do not submit a complaint or petition (using the above referenced case number) within THIRTY DAYS from the filing date stamped above, your action will be dismissed and the file closed.**

Sincerely,
RICHARD W. WIEKING, Clerk

By _____
Deputy Clerk

(IFP Application / ~~letter~~ / ~~exhibits~~ / ~~motion~~ / no complaint or petition)
(blank complaint form / petition attached)

ABSTON

Rev. 5/08