new

FILED
AUG 28 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 4125

MMC (PR)

The People of the State of California, Plaintiff,

vs.

Nancy Abston, Defendant.

CASE NO. F06905034

**PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

I, Nancy Abston, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: 250.00 mo. Net: 200 mo.

Employer: IHSS last date worked was in home social service 6/29/06

If the answer is "no," state the date of last employment and the amount of the gross and net salary

08-4125 MMC

and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

For Darryle McGee

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

a. Business, Profession or self employment Yes ___ No ✓

b. Income from stocks, bonds, or royalties? Yes ___ No ✓

c. Rent payments? Yes ___ No ✓

d. Pensions, annuities, or life insurance payments? Yes ___ No ✓

e. Federal or State welfare payments, Social Security or other government source? Yes ___ No ✓

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.

3. Are you married? Yes ___ No ✓

Spouse's Full Name: ______

Spouse's Place of Employment: ______

Spouse's Monthly Salary, Wages or Income:

Gross $______ Net $______

4. a. List amount you contribute to your spouse's support : $ ______

b. List the persons other than your spouse who are dependent upon you for support

and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_______________________________________________

_______________________________________________

5. Do you own or are you buying a home? Yes ____ No ✓

Estimated Market Value: $____________ Amount of Mortgage: $____________

6. Do you own an automobile? Yes ____ No ✓

Make ____________ Year ____________ Model ____________

Is it financed? Yes _____ No _____ If so, Total due: $ ____________

Monthly Payment: $ ____________

7. Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

Name(s) and address(es) of bank: ____________

_______________________________________________

Present balance(s): $ ____________

Do you own any cash? Yes ____ No ✓ Amount: $ ____________

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No ✓

_______________________________________________

8. What are your monthly expenses?

Rent: $ N/A ____________ Utilities: ____________

Food: $ ____________ Clothing: ____________

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |
| ____________ | $ ____________ | $ ____________ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ____ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

7/24/08 — DATE

Nancy Alston — SIGNATURE OF APPLICANT

**Case Number:** F0690503 4

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of Nancy Abston for the last six months at
[prisoner name] X24949

V.S.P.W where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ 13.81 and the average balance in the prisoner's account each month for the most recent 6-month period was $ 21.21.

Dated: 8/13/08

[Authorized officer of the institution]

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030 .701 REPORT DATE: 08/13/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
VALLEY STATE PRISON FOR WOMEN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2008 THRU AUG. 13, 2008

ACCOUNT NUMBER : X24949 BED/CELL NUMBER: C 2 000000000203L
ACCOUNT NAME : ABSTON, NANCY SUSAN ACCOUNT TYPE: I
PRIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

| DATE | TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|---|
| 03/01/2008 | | BEGINNING BALANCE | | | | | 79.10 |
| 03/06 | *VD54 | INMATE PAYROL | 2396 FEB08 | | 3.28 | | 82.38 |
| 03/11 | W536 | COPAY CHARGE | 2443021108 | | | 5.00 | 77.38 |
| 03/11 | W536 | COPAY CHARGE | 2443021908 | | | 5.00 | 72.38 |
| 03/14 | FC03 | DRAW-FAC 3 | 2504 FAC-C | | | 72.35 | 0.03 |
| 03/28 | *FR01 | CANTEEN RETUR | 702655 | | | 39.00- | 39.03 |
| 04/08 | *VD54 | INMATE PAYROL | 2715 MAR08 | | 5.40 | | 44.43 |
| 04/10 | W516 | LEGAL COPY CH | 2767LGLCPY | | | 0.24 | 44.19 |
| 04/10 | *DD30 | CASH DEPOSIT | 2786266561 | | 33.75 | | 77.94 |
| 04/11 | FC03 | DRAW-FAC 3 | 2798 FAC C | | | 77.90 | 0.04 |
| 04/29 | FR01 | CANTEEN RETUR | 702994 | | | 46.60- | 46.64 |
| 05/09 | FC03 | DRAW-FAC 3 | 3098 FAC C | | | 20.00 | 26.64 |
| 05/20 | W516 | LEGAL COPY CH | 3183LGLCPY | | | 3.84 | 22.80 |
| 05/27 | W536 | COPAY CHARGE | 3242040308 | | | 5.00 | 17.80 |
| 06/04 | *DD30 | CASH DEPOSIT | 3305266770 | | 2.25 | | 20.05 |
| 06/05 | *VD54 | INMATE PAYROL | 3345 APR08 | | 5.40 | | 25.45 |
| 06/05 | *VD54 | INMATE PAYROL | 3348 MAY08 | | 5.40 | | 30.85 |
| 06/10 | W516 | LEGAL COPY CH | 3387LGLCPY | | | 0.36 | 30.49 |
| 06/12 | *DD30 | CASH DEPOSIT | 3422266832 | | 3.15 | | 33.64 |
| 06/13 | FC03 | DRAW-FAC 3 | 3436 FAC-C | | | 33.60 | 0.04 |
| 06/30 | FR01 | CANTEEN RETUR | 703617 | | | 12.85- | 12.89 |
| 07/07 | *VD54 | INMATE PAYROL | 0037 JUN08 | | 3.17 | | 16.06 |
| 07/10 | W516 | LEGAL COPY CH | 0099LGLCPY | | | 0.36 | 15.70 |
| 07/21 | W534 | MEDICAL CHARG | 0192BAKSUP | | | 15.00 | 0.70 |
| 08/07 | W650 | DATA TRANSFER | 800320-VSP | 204040371 | | 0.70 | 0.00 |

0.*
3.28+
5.40+
33.75+
2.25+
5.40+
5.40+
3.15+
3.17+
11.06+
10.00+
006
010
82.86*+
0.*
82.86÷
6.=
13.81*+
0.*

Average 6 month Deposit

0.*
39.03+
46.64+
17.80+
12.89+
0.70+
10.18+
127.24*+
0.*
127.24÷
6.=
21.21*+
0.*

Average 6 month Balance

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/22/07 CASE NUMBER: *F06905034
COUNTY CODE: *FRE FINE AMOUNT: $ 3,025.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 03/01/2008 | | BEGINNING BALANCE | | 2,962.50 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

REPORT ID: TS3030 .701 REPORT DATE: 08/13/08
PAGE NO: 2

VALLEY STATE PRISON FOR WOMEN
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: MAR. 01, 2008 THRU AUG. 13, 2008

ACCT: X24949 ACCT NAME: ABSTON, NANCY SUSAN ACCT TYPE: I

* RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/22/07 CASE NUMBER: *F06905034
COUNTY CODE: *FRE FINE AMOUNT: $ 3,025.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 03/06/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 3.64- | 2,958.86 |
| 04/08/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.00- | 2,952.86 |
| 04/10/08 | DR30 | REST DED-CASH DEPOSIT | 37.50- | 2,915.36 |
| 06/04/08 | DR30 | REST DED-CASH DEPOSIT | 2.50- | 2,912.86 |
| 06/05/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.00- | 2,906.86 |
| 06/05/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 6.00- | 2,900.86 |
| 06/12/08 | DR30 | REST DED-CASH DEPOSIT | 3.50- | 2,897.36 |
| 07/07/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 3.52- | 2,893.84 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 79.10 | 61.80 | 140.90 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE

Date\Time: 8/13/2008 1:27:58 PM

Institution: VSPW

CDCR

Verified: ____________

# Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed | Current Available Balance |
|---|---|---|---|---|---|
| X24949 | ABSTON, NANCY | VSPW | C 2 00000000 | 00203L | $10.18 |

## Transaction List

| Transaction Date | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|
| 08/01/2008 | BEGINNING BALANCE | | | | $0.00 |
| 08/06/2008 | CONVERSION | Conversion | 1 | $0.70 | $0.70 |
| 08/08/2008 | PAY - SUPPORT | | | $11.06 | $11.76 |
| 08/08/2008 | DIRECT ORDER PAYMENT | | | ($5.53) | $6.23 |
| 08/08/2008 | ADMINISTRATIVE FEE | | | ($0.55) | $5.68 |
| 08/11/2008 | INMATE DEPOSIT | MR | 65 | $10.00 | $15.68 |
| 08/11/2008 | DIRECT ORDER PAYMENT | | | ($5.00) | $10.68 |
| 08/11/2008 | ADMINISTRATIVE FEE | | | ($0.50) | $10.18 |

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

## Restitution List

| Restitution | Court Case# | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|
| DIRECT ORDER | F06905034 | $3,025.00 | $0.00 | ($10.53) | $2,883.31 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE


VALLEY STATE PRISON FOR WOMEN
P.O. BOX 92
CHOWCHILLA, CA 93610
Name Nancy Abston
CDC # X24949 Bldg/Bed C2-2-3C
ADDRESS TO:
P.O. BOX 92/Letter, Photos, Stamps only.
P.O. BOX 94/Money Orders only.
P.O. BOX 96/Legal Mail only.
SAN FRANCISCO CA 941
20 AUG 2008
UNITED STATES POSTAGE
PITNEY BOWES
02 1M
$ 00.59⁰
0004218864
AUG 18 2008
MAILED FROM ZIP CODE 93610
RECEIVED
AUG 21 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Prose
U.S. Courthouse
450 Golden Gate avenue
San Francisco, Ca.
94102-3483
STATE PRISON
GENERATED MAIL
Legal mail
94102$3432 C004