IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NANCY ABSTON,

        Plaintiff,

 v.

THE PEOPLE OF THE STATE OF CALIFORNIA,

        Defendant.
_____/

No. CV-08-4125  MC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the instant action is hereby DISMISSED as duplicative.

Dated: September 30, 2008

                                      Richard W. Wieking, Clerk

                                      *Tracy Lucero*

                                      By: Tracy Lucero
                                      Deputy Clerk